UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| STEVEN R. S.,[1]<br><br>        Plaintiff,<br><br>   v.<br><br>FRANK BISIGNANO,[2]<br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. 2:24cv595 |

## **FINAL ORDER**

Before the Court is Plaintiff Steven S.'s action under 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking judicial review of the final decision of the Commissioner of Social Security ("Commissioner") denying his claim for disability and disability insurance benefits under Title II of the Social Security Act. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, and by order of reference dated December 3, 2024 (ECF No. 6), this matter was referred to United States Magistrate Judge Robert J. Krask for a Report and

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

[2] Frank Bisignano is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

1

Recommendation.

On January 2, 2025, Plaintiff filed a motion for summary judgment. ECF No. 8. On February 3, 2025, the Commissioner filed a brief in support of the Commissioner's decision denying benefits. ECF No. 11. On December 9, 2025, Judge Krask filed a report and recommendation, wherein he recommended that Plaintiff's motion for summary judgment be denied and that the Commissioner's final decision be affirmed. ECF No. 13.

By copy of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. *Id.* at 26–27. The Court received Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (ECF No. 14) and the Commissioner's Response thereto (ECF No. 15).

The Court has reviewed the record and examined the objection filed by Plaintiff to the Report and Recommendation and has made *de novo* findings with respect to the portions objected to. The Court finds that the objection should be overruled. For the reasons already articulated by Judge Krask, upon *de novo* review, the Court agrees that the Administrative Law Judge sufficiently explained the basis for her decision and that decision was supported by substantial evidence. *See* Report and Recommendation at 18–25, ECF No. 13.

Therefore, The Court does hereby **ADOPT** and **APPROVE** the findings and recommendations set forth in the Report and Recommendation filed December 9, 2025. It is, therefore, **ORDERED** that Plaintiff's Motion for Summary Judgment

(ECF No. 8) is **DENIED**, the decision of the Commissioner is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

The parties are **ADVISED** that an appeal from this Final Order may be commenced by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. This written notice must be received by the Clerk within sixty days from the date of this Final Order.

The Clerk is **DIRECTED** to please provide a copy of this Order to all parties.

**IT IS SO ORDERED.**

                                                  /s/
                               Arenda L. Wright Allen
                            United States District Judge

January 20, 2026
Norfolk, Virginia